**Order entered  January 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00595-CR

**TADARROWL DERONE CARSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F13-57494-Y**

## ORDER

On November 7, 2014, this Court ordered Sharon Hazlewood, former official court reporter of the Criminal District Court No. 7, to file the complete reporter's record by December 23, 2014.  To date, Ms. Hazlewood has neither filed the reporter's record nor communicated with the Court regarding the status of the record.

Accordingly, we **ORDER** Sharon Hazlewood, former official court reporter of the Criminal District Court No. 7, to file the complete reporter's record, including exhibits, by **4:00 p.m. on FRIDAY, JANUARY 23, 2015**.  If the complete record is not filed by the date and time specified, we will order that Sharon Hazlewood not sit as a court reporter in any court until the complete record is filed in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Elizabeth Frizell, Presiding Judge, Criminal District Court No. 7; Sharon Hazlewood, former official court reporter, Criminal District Court No. 7; and to counsel for all parties.

/s/ LANA MYERS
   JUSTICE